UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VRENDA D. GARCIA,

                      Plaintiff,                          21 **CIVIL** 1895 (ER) (RWL)

    -v-                                       **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 30, 2022, the Court adopts the Judge Lehrburger's Report & Recommendation in full. Accordingly, Garcia's motion for judgment on the pleadings is GRANTED and the Commissioner's cross-motion is DENIED, and the case shall be remanded for further proceedings consistent with the Report. In addition, the parties' failure to file written objections precludes appellate review of this decision. *PSG Poker, LLC v. DeRosa-Grund*, No. 06 Civ. 1104 (DLC), 2008 WL 3852051, at *3 (S.D.N.Y. Aug. 15, 2008) (citing *Male Juvenile*, 121 F.3d at 38).  Accordingly, the case is CLOSED.

**Dated:**  New York, New York
            August 31, 2022

                                                                         **RUBY J. KRAJICK**

                                                                           Clerk of Court

                                        **BY:**

                                                                           **Deputy Clerk**