USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VRENDA D. GARCIA,

                        Plaintiff,

      - against -

COMMISSIONER OF SOCIAL SECURITY,

                       Defendant.
------------------------------------------------------------X

21-CV-1895 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On November 9, 2022, Plaintiff filed an application for attorneys' fees under the Equal Justice Act, 28 U.S.C. § 2412(d)(1)(A). (*See* Dkts. 33-35.) Defendant shall file its response to Plaintiff's application, if any, by **November 24, 2022.**

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 10, 2022
       New York, New York

Copies transmitted this date to all counsel of record.